## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. _____ |
| v. ) ) | Division No. _____ |
| JACQUELINE N. TAYLOR, AS TRUSTEE OF THE JACQUELINE N. TAYLOR TRUST UNDER AGREEMENT DATED APRIL 17, 1998, ) ) ) ) ) | |
| Serve: ) Jacqueline N. Taylor at: ) 2124 County Road 250E ) Mahomet, IL 61853 ) ) | |
| and ) ) | |
| RUSSELL H. TAYLOR, AS TRUSTEE OF THE ROBERT C. TAYLOR TRUST FUND DATED JUNE 12, 1984 AND AMENDED JUNE 14, 1984, ) ) ) ) ) | |
| Serve: ) Russell H. Taylor at: ) 1304 Woodland Court ) Mahomet, IL  61853 ) ) | |
| Defendants. ) | |

### CERTIFICATE OF INTEREST PURSUANT TO LOCAL RULE 11.3

The undersigned, counsel of record for RESTAURANTS UNLIMITED, INC. furnishes the following in compliance with Rule 11.3 of this court.

(1) Restaurants Unlimited, Inc.

(2) Restaurants Unlimited, Inc. has no parent corporation and is privately held.

(3) Thompson Coburn LLP

DATE _____

/s/ Joseph M. Kellmeyer
Joseph M. Kellmeyer # 06205864
One US Bank Plaza
St. Louis, MO 63101
314-552-6000
FAX 314-552-7000
jkellmeyer@thompsoncoburn.com

Attorney for Plaintiff, Restaurants Unlimited, Inc.