AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

RESTAURANTS UNLIMITED, INC.

### SUMMONS IN A CIVIL ACTION

V.

JACQUELINE N. TAYLOR, AS
TRUSTEE OF THE JACQUELINE
N. TAYLOR TRUST, AND RUSSELL
H. TAYLOR, AS TRUSTEE OF
THE ROBERT C. TAYLOR TRUST
FUND

CASE NUMBER:  $06-2155$

TO: (Name and address of Defendant)

Russell H. Taylor
1304 Woodland Court
Mahomet, IL  61853

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Kellmeyer
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

August 21, 2006

CLERK

DATE

s/S. Johnson

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

RESTAURANTS UNLIMITED, INC.

**SUMMONS IN A CIVIL ACTION**

V.

JACQUELINE N. TAYLOR, AS
TRUSTEE OF THE JACQUELINE
N. TAYLOR TRUST, AND RUSSELL      CASE NUMBER:  O 6 - 2 / 5 5
H. TAYLOR, AS TRUSTEE OF
THE ROBERT C. TAYLOR TRUST
FUND

TO: (Name and address of Defendant)

Jacqueline Taylor
2124 County Road 250E
Mahomet, IL 61853

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Kellmeyer
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | August 21, 2006 |
|---|---|
| CLERK | DATE |
| 8/S. Johnson | |
| (By) DEPUTY CLERK | |