**E-FILED**
Wednesday, 06 September, 2006  01:46:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois, )<br><br>                          Plaintiff, )<br><br>v. )<br><br>JACQUELINE N. TAYLOR, AS TRUSTEE OF THE JACQUELINE N. TAYLOR TRUST UNDER AGREEMENT DATED APRIL 17, 1998, )<br><br>and )<br><br>RUSSELL H. TAYLOR, AS TRUSTEE OF THE ROBERT C. TAYLOR TRUST FUND DATED JUNE 12, 1984 AND AMENDED JUNE 14, 1984, )<br><br>                          Defendants. ) | Civil Action No. 2:06-cv-2155 |

**PROOF OF SERVICE**

The undersigned, counsel of record for RESTAURANTS UNLIMITED, INC. furnishes the following affidavits indicating proof of service upon Defendants pursuant to Fed. R. Civ. P 4(l).

(1)     Affidavit of Richard L. Beggs, Process Server, indicating personal service upon Jacqueline Taylor on August 29, 2006 (Attached as **Ex. A**); and

(2)     Affidavit of Richard L. Beggs, Process Server, indicating personal service upon Russell Taylor on August 29, 2006 (Attached as **Ex. B**).

Respectfully submitted,
THOMPSON COBURN LLP

/s/ Joseph M. Kellmeyer
Joseph M. Kellmeyer # 06205864
One US Bank Plaza
St. Louis, MO 63101
314-552-6000
FAX 314-552-7000
jkellmeyer@thompsoncoburn.com

Attorney for Plaintiff, Restaurants Unlimited, Inc.

**E-FILED**
Wednesday, 06 September, 2006 01:47:25 PM
Clerk, U.S. District Court, ILCD

# AFFIDAVIT OF PROCESS SERVER

**United States District Court Court**     **County of**     **State of Illinois**

**Resturants Unlimited, INC**

    Plaintiff

vs.

**Jacqueline N. Taylor and Russell Taylor**

    Respondent

**Case Number:** 06-2155

Attorney:

Pohlman Reporting
One Metropolitan Square, Ste. 2040
St Louis, MO. 63102

**Court Date:**
**Court Time:**

Legal documents received by Third Strike Investigations, Inc on August 24th, 2006 at 10:00 AM to be served upon **Jacqueline Taylor at 2124 County Raod 250 E, Mahomet, IL. 61853**

I, Richard L. Beggs, swear and affirm that on **August 29th, 2006 at 4:18 PM**, I did the following:

**Personally** Served **Jacqueline Taylor** the person listed as the intended recipient of the legal document with a conformed copy of this **Sebpoena with Complaint, Civil Cover sheet, Exhibit A, B, C, D, E,**. I further state the above named person/corporation was served in Champaingn County

**Supplemental Data Appropriate to this Service:**

Respondent stated that the subject is not a member of the U.S Armed Forces

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

Richard L. Beggs
Process Server

The foregoing instrument was acknowledged before me on this __1__ day of __September__, 2006, by __Richard Beggs__, who is personally known to me or who has produced _____ as identification.

**Third Strike Investigations, Inc**
901 East St. Louis Suite 104
Springfield, MO 65806

(417) 831-0565

Internal Job ID: 0000000286

Reference Number: IL

Notary Signature

THOMAS H BRADFORD
Dallas County
My Commission Expires
April 6, 2010
Commission # 06866661

Commission Expiration Date

**EXHIBIT**

A

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court Court**　　　**County of**　　　**State of Illinois**

**Resturants Unlimited, INC**

　　Plaintiff

vs.

**Jacqueline N. Taylor and Russell Taylor**

　　Respondent

**Case Number:** 06-2155

Attorney:

Pohlman Reporting
One Metropolitan Square, Ste. 2040
St Louis, MO. 63102

**Court Date:**
**Court Time:**

Legal documents received by Third Strike Investigations, Inc on August 24th, 2006 at 10:00 AM to be served upon **Russell Taylor at 1304 Woodland Court , Mahomet, IL. 61853**

I, Richard L. Beggs, swear and affirm that on **August 29th, 2006 at 4:10 PM**, I did the following:

**Personally** Served **Russell Taylor** the person listed as the intended recipient of the legal document with a conformed copy of this **Sebpoena with Complaint, Civil Cover sheet, Exhibit A, B, C, D, E,**. I further state the above named person/corporation was served in Champaingn  County

**Supplemental Data Appropriate to this Service:**

Respondent stated that the subject is not a member of the U.S Armed Forces

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Richard Beggs_
**Richard L. Beggs**
Process Server

**Third Strike Investigations, Inc**
**901 East St. Louis Suite 104**
**Springfield, MO 65806**

**(417) 831-0565**

Internal Job ID: 0000000287

Reference Number: IL

The foregoing instrument was acknowledged before me
on this __1__ day of __September__ ,
2006, by __Richard Beggs__ , who is
personally known to me or who has produced
_____ as identification.

_Thomas E. Bradford_
Notary Signature

THOMAS E. BRADFORD
Dallas County
Notary Public, State of Missouri
My Commission Expires
April 6, 2010
Commission # 06866661

_____
Commission Expiration Date

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.

**EXHIBIT**

B

PENGAD 800-631-6989