E-FILED
Monday, 18 September, 2006 11:54:00 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

RESTAURANTS UNLIMITED, INC.

V.

JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund

**APPEARANCE**

Case Number: 06-2155

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund.

I certify that I am admitted to practice in this court.

Sept. 18, 2006
Date

Signature

Rick W. Aeilts          06228727
Print Name              Bar Number

411 West University Avenue
Address

Champaign     IL     61820
City          State  Zip Code

(217) 351-4040          (217) 351-4314
Phone Number            Fax Number