E-FILED
Monday, 18 September, 2006  11:55:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:     06-2155 |
| | ) | **Jury Demanded** |
| JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' CERTIFICATE OF INTEREST**

The undersigned counsel of record for the Defendants JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984, furnishes the following in compliance with Rule 11.3 of this Court.

1.    Counsel represents Defendants JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984.

2.    Not applicable, as Defendants are not a corporation..

3.    Erwin, Martinkus & Cole, Ltd., is the only law firm whose partners or associates appear or are expected to appear on behalf of JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR,

as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984;

Rick W. Aeilts is designated as lead counsel.

    Dated: September 18, 2006.

                              Respectfully submitted,

                              /s/Rick W. Aeilts
                              Rick W. Aeilts # 06228727

                              ERWIN, MARTINKUS & COLE, LTD.
                              411 West University Avenue
                              P.O. Box 1098
                              Champaign, IL 61824-1098
                              (217) 351-4040
                              FAX (217) 351-4314
                              rick.aeilts@erwinlaw.com

                              Attorney for Defendants, JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2006, I e-filed the foregoing **Defendants' Certificate of Interest** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Joseph M. Kellmeyer, Thompson Coburn LLP, One US Bank Plaza, St. Louis, MO 63101, jkellmeyer@thompsoncoburn.com.

      /s/Rick W. Aeilts

Rick W. Aeilts # 06228727

ERWIN, MARTINKUS & COLE, LTD.
411 West University Avenue
P.O. Box 1098
Champaign, IL 61824-1098
(217) 351-4040
FAX (217) 351-4314
rick.aeilts@erwinlaw.com

Attorney for Defendants, JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984