E-FILED
Friday, 06 October, 2006  08:43:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RESTAURANTS UNLIMITED, INC., a foreign )
corporation doing business in Illinois, )
)
                            Plaintiff, )
)
v. )
                              )   Case No. 06-2155
JACQUELINE N. TAYLOR, AS )
TRUSTEE OF THE JACQUELINE N. )
TAYLOR TRUST UNDER AGREEMENT )
DATED APRIL 17, 1998, )
)
and )
)
RUSSELL H. TAYLOR, AS TRUSTEE OF )
THE ROBERT C. TAYLOR TRUST FUND )
DATED JUNE 12, 1984 AND AMENDED )
JUNE 14, 1984, )
)
                          Defendants. )

## RULE 26(f) JOINT SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. Rule 26(f), the parties conferred on Tuesday, September 26, 2006 for the purpose of formulating a proposed discovery calendar for consideration by this Court. Plaintiff, being represented by Joseph M. Kellmeyer of Thompson Coburn LLP, and Defendant, being represented by Rick W. Aeilts of Erwin, Martinkus, Cole, & Associates, agree upon the following dates regarding discovery and scheduling:

1. The parties will exchange initial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1) by October 13, 2006.

2. The deadline for amending pleadings and joining additional parties shall be January 1, 2007.

3. The parties shall complete all fact discovery by May 11, 2007.

4. The categories of discovery should be limited as follows:

    a. Each party should serve a maximum of twenty-five (25) interrogatories in accordance with rule 33(a);

3434137.3

 b. Each party should conduct a maximum of 10 depositions, either under Rule 30 or Rule 31, in accordance with Rule 30(a);

 c. Each deposition should be limited to no more than 7 hours in accordance with Rule 30(d) unless extended by agreement of the parties or order of the Court;

 d. There should be no specific limit on the number of requests for production of documents or requests for admission that may be served by either party.

5. It is not anticipated at this time that discovery will need to be done in phases.

6. All motions, including preliminary and potentially dispositive motions (e.g., motions for summary judgment) except for motions in limine, shall be filed by November 10, 2007.

7. Plaintiff shall disclose experts and provide expert reports by June 11, 2007.

 a. Plaintiff shall make any such experts available for deposition by July 11, 2007.

8. Defendants shall disclose experts and provide expert reports by July 25, 2007.

 a. Defendants shall make any such experts available for deposition by August 24, 2007.

9. Plaintiff shall disclose rebuttal experts, if any, and provide expert reports by September 10, 2007.

 a. Plaintiff shall make any such experts available for deposition by October 10, 2007.

10. All expert discovery shall be completed by October 10, 2007.

11. The pretrial conference shall be held no earlier than thirty (30) days after the completion of expert discovery.

12. The case should be set for trial thirty (30) days after the pretrial conference.

Respectfully submitted,

/s/ Joseph M. Kellmeyer
# 06205864
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
FAX: (314) 552-7000
jkellmeyer@thompsoncoburn.com

/s/ Rick W. Aeilts
#06228727
Erwin, Martinkus & Cole, LTD.
411 West University Avenue
P.O. Box 1098
(217) 351-4040
FAX: (217) 351-4314
rick.aeilts@erwinlaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RESTAURANTS UNLIMITED, INC., a foreign )
corporation doing business in Illinois, )
)
                      Plaintiff, )
)
v. )
)    Case No. 06-2155
JACQUELINE N. TAYLOR, AS )
TRUSTEE OF THE JACQUELINE N. )
TAYLOR TRUST UNDER AGREEMENT )
DATED APRIL 17, 1998, )
)
and )
)
RUSSELL H. TAYLOR, AS TRUSTEE OF )
THE ROBERT C. TAYLOR TRUST FUND )
DATED JUNE 12, 1984 AND AMENDED )
JUNE 14, 1984, )
)
                      Defendants. )

## SCHEDULING ORDER

This Court accepts the discovery calendar submitted and itemized by both parties in their RULE 26(f) JOINT SCHEDULING REPORT with any noted changes, as well as the additions below:

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ (Case No. ___).

IT IS SO ORDERED.

                                                        David G. Bernthal
                                                        U.S. Magistrate Judge

3434137.3