**E-FILED**
Friday, 13 October, 2006  04:52:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois,<br><br>　　　Plaintiff,<br><br>v.<br><br>JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Case No.:　　06-2155<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 13th day of October, 2006 he served Defendant's Initial Disclosures Pursuant to FRCP26 by electronic mail and by depositing the same in the United States Mail at Champaign, Illinois, with proper postage affixed thereto and addressed to:

Joseph M. Kellmeyer
Thompson Coburn LLP
One US Bank Plazza
St. Louis, MO 63101
Telephone: 314-552-6000
rkemper@thompsoncoburn.com

In accordance with the Local Rules of the United States District Court for the Central District of Illinois the original of said document was not filed with the Clerk.  This Certificate is hereby filed with the Clerk disclosing that copies were served as stated herein.

/s/Rick W. Aeilts
Rick W. Aeilts # 06228727
ERWIN, MARTINKUS & COLE, LTD.
411 West University Avenue
P.O. Box 1098
Champaign, IL 61824-1098
(217) 351-4040
FAX (217) 351-4314
rick.aeilts@erwinlaw.com

Attorney for Defendants, JACQUELINE N.
TAYLOR, as Trustee of the Jacqueline N. Taylor
Trust under Agreement Dated April 17, 1998, and
RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and
Amended June 14, 1984