UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., ) <br> a foreign corporation doing business ) <br> in Illinois, ) <br>                                 Plaintiff, ) <br>    v.                             ) <br>                                              ) <br> JACQUELINE N. TAYLOR, as Trustee of ) <br> the Jacqueline N. Taylor Trust Under ) <br> Agreement Dated 4/17/98; and ) <br> RUSSELL H. TAYLOR, as Trustee ) <br> of the Robert C. Taylor Trust ) <br> Fund Dated 6/12/84 and Amended 6/14/84, ) <br>                                           ) <br>                                 Defendants. ) | Case No. 06-2155 |

## DISCOVERY ORDER

A discovery conference was held **November 9, 2006,** pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Joseph M. Kellmeyer. Defendants were represented by Rick W. Aeilts. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **October 13, 2006.**

2. The deadline for amendment of pleadings and joining additional parties is **January 1, 2007.**

3. Each party should serve a maximum of twenty-five interrogatories in accordance with FED. R. CIV. P. 33(a).

4. Each party should conduct a maximum of ten depositions, either under FED. R. CIV. P. 30 or 31, in accordance with Rule 30(a).

5. Each deposition should be limited to not more than seven hours in accordance with FED. R. CIV. P. 30(d), unless extended by agreement of the parties or order of the Court.

6. There should be no specific limit on the number of requests for production of documents or requests for admission that may be served by either party.

      7.  Plaintiff shall disclose experts and provide expert reports by **June 11, 2007.**  Plaintiff shall make any such experts available for deposition by **July 11, 2007.**

      8.  Defendants hall disclose experts and provide expert reports by **July 25, 2007.**  Defendants shall make any such experts available for deposition by **August 24, 2007.**

      9.   Plaintiff shall disclose rebuttal experts, if any, and provide reports by **September 10, 2007.**  Plaintiff shall make any such rebuttal experts available for deposition by **October 10, 2007.**

      10.   All fact discovery shall be completed by **May 11, 2007.**

      11.   All expert discovery shall be completed by **October 10, 2007.**

      12.   The deadline for filing case dispositive motions shall be **November 10, 2007.**

      13.   The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **March 7, 2008, at 1:30 p.m.**

      14.   The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **March 31, 2008, at 9:00 a.m. (Case No. 1).**

      ENTER this 17th day of November, 2006.

                                          s/ DAVID G. BERNTHAL
                                          U.S. MAGISTRATE JUDGE