**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACQUELINE N. TAYLOR, AS TRUSTEE OF THE JACQUELINE N. TAYLOR TRUST UNDER AGREEMENT DATED APRIL 17, 1998, )<br>)<br>and )<br>)<br>RUSSELL H. TAYLOR, AS TRUSTEE OF THE ROBERT C. TAYLOR TRUST FUND DATED JUNE 12, 1984 AND AMENDED JUNE 14, 1984, )<br>)<br>Defendants. ) | Case No. 06-2155 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was transmitted to the below listed party by both electronic mail and First-class U.S. Mail, postage prepaid on January 9, 2007.

Rick W. Aeilts
Erwin, Martinkus & Cole, LTD.
411 West University Avenue
P.O. Box 1098
rick.aeilts@erwinlaw.com

/s/ Joseph M. Kellmeyer
Joseph M. Kellmeyer # 06205864
One US Bank Plaza
St. Louis, MO 63101
314-552-6000
FAX 314-552-7000
jkellmeyer@thompsoncoburn.com

Attorney for Plaintiff, Restaurants Unlimited, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of the United States District Court for the Central District of Illinois, this 9th day of January, 2007 and a copy sent via electronic mail to:

Rick W. Aeilts
Erwin, Martinkus & Cole, LTD.
411 West University Avenue
P.O. Box 1098
rick.aeilts@erwinlaw.com

              /s/ Joseph M. Kellmeyer