UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois, ) ) ) Plaintiff, ) ) v. ) ) JACQUELINE N. TAYLOR, as Trustee of the ) Jacqueline N. Taylor Trust under Agreement ) Dated April 17, 1998, and RUSSELL H. ) TAYLOR, as Trustee of the Robert C. Taylor ) Trust Fund Dated June 12, 1984 and Amended ) June 14, 1984, ) ) Defendants. ) | Case No.: 06-2155  **Jury Demanded** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF was transmitted to the below listed party by first class U.S. Mail, postage prepaid on this 10th day of April, 2007.

Joseph M. Kellmeyer
One US Bank Plaza
St. Louis, MO 63101
jkellmeyer@thompsoncoburn.com

/s/ Rick W. Aeilts
Rick W. Aeilts Attorney Bar Number: 06228727
Attorney for Defendants
ERWIN, MARTINKUS & COLE, LTD.
411 West University Avenue
P.O. Box 1098
Champaign, Illinois 61824-1098
Telephone: (217) 351-4040
Fax: (217) 351-4314
E-mail: rick.aeilts@erwinlaw.com