# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# <u>URBANA DIVISION</u>

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois,<br><br>         Plaintiff,<br><br>v.<br><br>JACQUELINE N. TAYLOR, AS TRUSTEE OF THE JACQUELINE N. TAYLOR TRUST UNDER AGREEMENT DATED APRIL 17, 1998,<br><br>and<br><br>RUSSELL H. TAYLOR, AS TRUSTEE OF THE ROBERT C. TAYLOR TRUST FUND DATED JUNE 12, 1984 AND AMENDED JUNE 14, 1984,<br><br>         Defendants. | Case No. 06-2155 |

## JOINT MOTION TO MODIFY DISCOVERY ORDER

COMES NOW Plaintiff, RESTAURANTS UNLIMITED, INC., (hereinafter "Plaintiff") and Defendants, JACQUELINE N. TAYLOR, as trustee of the Jacqueline N. Taylor Trust under agreement dated April 17, 1998, and RUSSELL H. TAYLOR, as trustee of the Robert C. Taylor Trust Fund dated June 12, 1984 and amended June 14, 1984, (hereinafter "Defendants"), for their Joint Motion to Modify Discovery Order, state and allege as follows:

  1.  On November 17, 2006, this Court entered a Discovery Order which includes certain deadlines pertaining to the discovery to be conducted in this case.

  2.  The parties in this case exchanged Rule 26 disclosures on October 13, 2006.

3554604

3. On January 9, 2007, Plaintiff served on Defendants copies of Plaintiff's First Set of Requests for the Production of Documents and Plaintiff's First Set of Interrogatories (hereinafter collectively referred to as "Plaintiff's Discovery").

4. Thereafter, at Defendants' request, Plaintiff stipulated to an extension of Defendants' deadline to answer Plaintiff's Discovery.

5. During this period, Plaintiff and Defendant agreed to attempt to resolve this case at a Settlement Conference hosted by the Court.

6. Upon agreement of the parties on a date for the Settlement Conference, this Court entered an Order setting the Settlement Conference for March 6, 2007, at 9:30 a.m.

7. However, at Defendants' request, Plaintiff agreed to postpone the date for the Settlement Conference.

8. On March 2, 2007, this Court entered an Order resetting the Settlement Conference for May, 3, 2007, at 9:30 a.m.

9. On April 12, 2007, Plaintiff received Defendants' responses to Plaintiff's Discovery. In addition, Defendants served on Plaintiff Defendants' First Requests for Production of Documents and Defendants' First Set of Interrogatories to Plaintiff (hereinafter collectively referred to as "Defendants' Discovery").

10. Under the current Discovery Order, all fact discovery in this case is set to end on May 11, 2007.

11. This deadline falls prior to the deadline imposed on the Plaintiff to answer Defendants' Discovery pursuant to Federal Rule of Civil Procedure 33, thereby shortening the Plaintiff's time to respond.

12. Plaintiff believes that it needs an extension of time to adequately respond to Defendants' Discovery.

13. Defendants' agree that more time is needed and have stipulated to a forty-five (45) day extension of time for Plaintiff to respond to Defendants' Discovery.

14. However, pursuant to Federal Rule of Civil Procedure 29, this stipulation cannot take effect without the Court's approval due to the May 11, 2007, deadline for the completion of all fact discovery.

15. In addition, the parties jointly believe that they will need an extension of time to complete discovery in this case.

16. Thus, in light of the forgoing, the parties believe that the Discovery Order entered by this Court on November 17, 2006, should be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff disclosure of experts & provision of expert reports | June 11, 2007 | September 11, 2007 |
| Plaintiff's experts available for depositions | July 11, 2007 | October 11, 2007 |
| Defendants disclosure of experts & provision of expert reports | July 25, 2007 | October 25, 2007 |
| Defendants' experts available for depositions | August 24, 2007 | November 24, 2007 |
| Plaintiff disclosure of rebuttal experts & provision of rebuttal expert reports | September 10, 2007 | December 10, 2007 |
| Plaintiff's rebuttal experts available for depositions | October 10, 2007 | January 10, 2008 |
| All fact discovery completed | May 11, 2007 | August 11, 2007 |
| All expert discovery completed | October 10, 2007 | January 10, 2008 |
| Deadline for case dispositive motions | November 10, 2007 | February 10, 2008 |

| Final Pretrial Conference | March 7, 2008 | June 7, 2008 (or closest available date on the Court's calendar) |
|---|---|---|
| Trial | March 31, 2008 | June 30, 2008 (or closest available date on the Court's calendar) |

16.     The parties believe that these extensions of time are reasonable and necessary as they will allow the parties to take depositions, may decrease costs (by lengthening the time between the Settlement Conference and the expert designations), and may promote the chance of settlement thereby conserving the use of judicial resources.

17.     This joint motion is not made for the purposes of delay, but to provide the parties with an opportunity to complete all necessary discovery and properly prepare this case for trial.

WHEREFORE, the parties request that the Discovery Order be modified as outlined above, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted this 2nd day of May, 2007.

| | |
|---|---|
| /s/ Joseph M. Kellmeyer<br>Joseph M. Kellmeyer # 06205864<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>(314) 552-6000<br>Fax: (314) 552-7000<br>jkellmeyer@thompsoncoburn.com<br><br>Attorney for Plaintiff, Restaurants Unlimited, Inc. | /s/ Rick W. Aeilts<br>Rick W. Aeilts #06228727<br>Erwin, Martinkus & Cole, LTD.<br>411 West University Avenue<br>P.O. Box 1098<br>(217) 351-4040<br>Fax: (217) 351-4314<br>rick.aeilts@erwinlaw.com<br><br>Attorney for Defendants Jacqueline N. Taylor and Russell H. Taylor |