E-FILED
Thursday, 07 June, 2007 05:45:00 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

RESTAURANTS UNLIMITED, INC.

v.

JACQUELINE N. TAYLOR, as Trustee of the Jacqueline N. Taylor Trust under Agreement Dated April 17, 1998, and RUSSELL H. TAYLOR, as Trustee of the Robert C. Taylor Trust Fund Dated June 12, 1984 and Amended June 14, 1984

**APPEARANCE**

Case Number:  2:06-cv-2155

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Restaurants Unlimited, Inc.

I certify that I am admitted to practice in this court.

May 30th, 2007
Date

_[signature]_
Signature

Ryan Russell Kemper                      06288297
Print Name                                Bar Number

Thompson Coburn LLP, One US Bank Plaza
Address

St. Louis            MO              63101
City                 State           Zip Code

(314) 552-6321                  (314) 552-7321
Phone Number                    Fax Number