## CERTIFICATE OF SERVICE

      The undersigned herby certifies that a copy of Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories to Plaintiff was transmitted to the below listed party by both electronic mail and United Parcel Service, shipping prepaid on June 7, 2007.

Rick W. Aeilts
Erwin, Martinkus & Cole, LTD.
411 West University Avenue
Champaign, IL  61820
rick.aeilts@erwinlaw.com

 

          s/ Ryan Russell Kemper
          Joseph M. Kellmeyer # 06205864
          Ryan Russell Kemper # 06288297
          One US Bank Plaza
          St. Louis, MO 63101
          314-552-6000
          FAX 314-552-7000
          jkellmeyer@thompsoncoburn.com
          rkemper@thompsoncoburn.com

          Attorneys for Plaintiff, Restaurants Unlimited, Inc.