## CERTIFICATE OF SERVICE

      The undersigned herby certifies that a copy of Plaintiff's Objections and Responses to Defendants' First Set of Document Requests to Plaintiff was transmitted to the below listed party by both electronic mail and United Parcel Service, shipping prepaid on June 7, 2007.

Rick W. Aeilts
Erwin, Martinkus & Cole, LTD.
411 West University Avenue
Champaign, IL  61820
rick.aeilts@erwinlaw.com

                                                                                 s/ Ryan Russell Kemper
                                                                                Joseph M. Kellmeyer # 06205864
Ryan Russell Kemper # 06288297
One US Bank Plaza
St. Louis, MO 63101
314-552-6000
FAX 314-552-7000
jkellmeyer@thompsoncoburn.com
rkemper@thompsoncoburn.com

Attorneys for Plaintiff, Restaurants Unlimited, Inc.