## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## <u>URBANA DIVISION</u>

| | |
|---|---|
| RESTAURANTS UNLIMITED, INC., a foreign corporation doing business in Illinois,<br><br>                            Plaintiff,<br><br>v.<br><br>JACQUELINE N. TAYLOR, AS TRUSTEE OF THE JACQUELINE N. TAYLOR TRUST UNDER AGREEMENT DATED APRIL 17, 1998,<br><br>and<br><br>RUSSELL H. TAYLOR, AS TRUSTEE OF THE ROBERT C. TAYLOR TRUST FUND DATED JUNE 12, 1984 AND AMENDED JUNE 14, 1984,<br><br>                            Defendants. | Case No. 06-2155 |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

      Plaintiff, Restaurants Unlimited, Inc., (hereinafter "RUI") by and through its counsel Thompson Coburn LLP, for its Notice of Voluntary Dismissal with Prejudice, states as follows.

      1.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the Settlement Agreement entered into between the parties, RUI hereby voluntarily dismisses this action with prejudice with each party bearing their own costs and attorneys fees.

                                                            Respectfully Submitted,

                                                            THOMPSON COBURN LLP

4597452

<u>s/ Ryan Russell Kemper</u>
Joseph M. Kellmeyer # 06205864
Ryan Russell Kemper # 06288297
One US Bank Plaza
St. Louis, MO 63101
314-552-6000
FAX 314-552-7000
jkellmeyer@thompsoncoburn.com
rkemper@thompsoncoburn.com

Attorneys for Plaintiff, Restaurants Unlimited, Inc.

## CERTIFICATE OF SERVICE

      The undersigned herby certifies that a copy of the above and foregoing was transmitted to the below listed party by both electronic mail and First-Class U.S. Mail, postage prepaid on October 4, 2007.

Rick W. Aeilts
Erwin, Martinkus & Cole, LTD.
411 West University Avenue
Champaign, IL  61820
rick.aeilts@erwinlaw.com

                                          s/ Ryan Russell Kemper
                                          Joseph M. Kellmeyer # 06205864
                                          Ryan Russell Kemper # 06288297
                                          One US Bank Plaza
                                          St. Louis, MO 63101
                                          314-552-6000
                                          FAX 314-552-7000
                                          jkellmeyer@thompsoncoburn.com
                                          rkemper@thompsoncoburn.com

                                          Attorneys for Plaintiff, Restaurants Unlimited, Inc.

4597452